THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SIDNEY MARKMAN and DAVID GOLDBERG, Appellants.

Argued October 17, 1939; decided November 30, 1939.

*David F. Price* and *Harry Werner* for Sidney Markman, appellant.

*Leo Healy* for David Goldberg, appellant.

*William F. X. Geoghan, District Attorney (Edward H. Levine* of counsel), for respondent.

As to the defendant Markman: Judgment of conviction affirmed; no opinion.

As to the defendant Goldberg: Judgment of conviction reversed and new trial ordered. The evidence is not sufficient to warrant the finding of the defendant's guilt beyond a reasonable doubt. No opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.